UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Local No. 49 International Union of Operating Engineers Health and Welfare Fund, et al.,

Plaintiffs,

v.

Seegmiller Rock Products, Inc. and Gary Seegmiller,

Defendants.

Civil No. 00-1217 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2000.

   b. All discovery shall be commenced in time to be completed by December 1, 2000.

   c. No more than 30 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 10 Requests for Admission shall be served by any party.

   e. No more than 25 Document Requests shall be served by any party.



FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

f. No more than 5 depositions shall be taken by any party.

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by January 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to March 1, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

3. Trial

a. This case shall be ready for trial on and after April 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2 trial days.

DATED: Aug 24, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

CIVIL 00-1217 JMR DATE 8-15-00 CHIEF MAGISTRATE JUDGE NOEL

IUOE Local 49 — Mitch Converse

Plaintiff(s)

v.

Seegmiller Rock Products — Darin Joerg

Defendant(s)

v.

Third-Party Defendant(s)

**PRETRIAL CONFERENCE**

A. DESCRIPTION OF THE CASE

1. Nature of the case: ERISA: Contributions to welfare Benefit Plans; collection action -

2. Legal and factual issues:

a) Liability: Amount of contributions owed?

b) Damages: